**In re Sharhonda SHAHID, Debtor**

**Sharhonda Shahid, Appellant**

v.

**FNBN I, LLC, by PennyMac Loan Servicing, LLC, its servicing agent; Amy Quintero, Appellees.**

No. 15–1047.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 24, 2015.

Filed: Oct. 5, 2015.

Sharhonda Shahid, Saint Louis, MO, pro se.

William Thomas Holmes, II, Cynthia M. Woolverton, Millsap & Singer, Saint Louis, MO, Nicholas C. Abdo, Leighton & Abdo,

---

1. The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

Charles Lewis Firestein, Charles L. Firestein, PC, Scottsdale, AZ, for Appellees.

Before WOLLMAN, BYE, and GRUENDER, Circuit Judges.

PER CURIAM.

In the Chapter 13 bankruptcy case of debtor Sharhonda Shahid, she filed an adversary complaint to disallow a claim, void a lien, and quiet title in real property, and for damages. Shahid now appeals after the bankruptcy court[1] granted summary judgment in favor of FNBN I, LLC, and Amy Quintero, on the adversary complaint; and after the district court[2] affirmed. This court reviews de novo the bankruptcy court's grant of summary judgment, applying the same standards as the district court, and giving Shahid the benefit of all reasonable inferences from the record. *See Contemporary Indus. Corp. v. Frost,* 564 F.3d 981, 984 (8th Cir.2009). Shahid offers no valid basis for reversal, and we find none. Thus, the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Kathy A. Surratt–States, Chief Judge, United States Bankruptcy Court for the Eastern District of Missouri.

2. The Honorable Ronnie L. White, United States District Judge for the Eastern District of Missouri.